## 1786—1787.

---

### PAXTON.

Where a meeting, which was held for the choice of a representative, and at which an election was effected, was adjourned to another day; and at the adjournment, it was voted to reconsider the votes passed at the previous meeting "respecting the choice of a representative;" it was held, that the election was not thereby invalidated, although the first meeting was very thinly attended, and at the adjournment, a much larger number of the inhabitants was present.

THE return from the town of Paxton appeared to be nothing more than a certificate signed by the constable thereof, stating, that a meeting was held in said town, for the choice of a representative, in which the selectmen were present and presided, and, that on collecting and counting the votes, the presiding selectman declared, that the town had made choice of Hezekiah Ward, whom, being present, be then and there notified of his election:—The committee on the returns reported, that the same be submitted to the consideration of the house;[1] and, after debate thereon, it was voted that the matter subside.[2]

The selectmen of Paxton also petitioned,[3] that Mr. Ward might not be permitted to hold his seat, alleging, that a meeting was duly held in said town, for the choice of a representative, which was very thinly attended, at which, it was voted

[1] 7 J. H. 17.    [2] Same, 17.    [3] Same, 97.

to send a representative, and Mr. Ward was elected: that the said meeting was adjourned, and at the adjournment thereof, when a much larger number of the inhabitants was present, it was voted to reconsider the votes passed at the previous meeting, "respecting the choice of a representative:" that Mr. Ward was present at said adjourned meeting, and was also particularly informed of the reconsideration, by one of the selectmen: and that the selectmen, in consequence of the proceedings of the last meeting, refused to give Mr. Ward a certificate of his election, notwithstanding which, he had taken his seat, by virtue of the return above mentioned.

The petitioners, upon the report of a committee to whom it was referred, had leave to withdraw their petition.[1]

[It is quite probable, that the indulgence of the house, in allowing the member to retain his seat on such a return, was occasioned by their knowledge of the facts of the case, as they afterwards appeared in evidence.]